IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Krosel, Gerdina R

Printed: 12/23/08

Case Number: 05 B 30416
Judge: Hollis, Pamela S
Filed: 8/3/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 18, 2008
Confirmed: October 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 18,900.00 |  |
| Secured: |  | 4,706.17 |
| Unsecured: |  | 10,919.90 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,244.00 |
| Trustee Fee: |  | 1,029.93 |
| Other Funds: |  | 0.00 |
| Totals: | 18,900.00 | 18,900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | David M Siegel | Administrative | 2,244.00 | 2,244.00 |
| 2. | Bay View Credit Corp. | Secured | 4,706.17 | 4,706.17 |
| 3. | Specialized Management Consultants | Unsecured | 13.13 | 28.82 |
| 4. | Nordstrom | Unsecured | 16.00 | 35.13 |
| 5. | Bay View Credit Corp. | Unsecured | 12.79 | 28.09 |
| 6. | Think Federal Credit Union | Unsecured | 82.24 | 180.60 |
| 7. | ECast Settlement Corp | Unsecured | 2,815.48 | 6,183.15 |
| 8. | Portfolio Recovery Associates | Unsecured | 1,019.23 | 2,237.94 |
| 9. | Resurgent Capital Services | Unsecured | 852.89 | 1,872.95 |
| 10. | ECast Settlement Corp | Unsecured | 160.85 | 353.22 |
| 11. | Spiegel | Unsecured | | No Claim Filed |
| 12. | Dell Financial Services, Inc | Unsecured | | No Claim Filed |
| 13. | Lawrence T Jacobs DDS | Unsecured | | No Claim Filed |
| 14. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 15. | Spiegel | Unsecured | | No Claim Filed |
| | | | $ 11,922.78 | $ 17,870.07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 288.75 |
| 5% | 78.75 |
| 4.8% | 150.46 |
| 5.4% | 339.41 |
| 6.5% | 172.56 |
| 6.6% | 0.00 |
| | $ 1,029.93 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Krosel, Gerdina R | Case Number: 05 B 30416 |
| | Judge: Hollis, Pamela S |
| Printed: 12/23/08 | Filed: 8/3/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

